JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.M., a minor, by and through his parents, DAVID MARSHALL and KARLA MARSHALL; DAVID MARSHALL and KARLA MARSHALL, on their own behalf,<br><br>Plaintiffs,<br><br>v.<br><br>MONROVIA UNIFIED SCHOOL DISTRICT; WEST SAN GABRIEL VALLEY SPECIAL EDUCATION LOCAL PLANAREA,<br><br>Defendants. | CASE NO. CV 07-00243 RSWL (JTLx)<br><br>JUDGMENT |

Defendants' Motion for Summary Judgment having been granted, IT IS ORDERED AND ADJUDGED that the judgment be entered on behalf of Defendants.

DATED: January 13, 2008

*Ronald S.W. Lew*

Honorable Ronald S.W. Lew
United States District Judge